IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LORI COWEN, ROCHELLE IBARROLA, and AVA ADAMES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENNY & LARRY'S, INC.,<br><br>Defendant. | Case No. 1:17-cv-01530<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Young B. Kim |

## **MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

Pursuant to Local Rule 83.17, Wexler Wallace LLP ("Wexler Wallace") hereby moves to withdraw the appearance of Adam Prom on behalf of the Plaintiffs and Putative Classes. As of January 8, 2018, Mr. Prom will no longer be with Wexler Wallace. Edward A. Wallace of Wexler Wallace will continue to act as Counsel for Plaintiffs and the Putative Classes.

Dated: January 4, 2018

By: /s/ Adam Prom

Edward A. Wallace
Adam Prom
WEXLER WALLACE LLP
55 West Monroe Street, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
eaw@wexlerwallace.com
ap@wexlerwallace.com

*Some of Counsel for Plaintiffs and the Putative Classes*

1

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was filed using this Court's CM/ECF service, which will send notification of such filing to all counsel of record on this 4th day of January 2018.

                                  /s/ Adam Prom
                                  Adam Prom