UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROCHELLE IBARROLA, et al., | |
| Plaintiffs, | Case No.: 1:17-cv-01530 |
| v. | Judge Gettleman |
| LENNY & LARRY'S, INC., | Magistrate Kim |
| Defendant. | |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83.17, the undersigned respectfully requests leave to withdraw her appearance on behalf of Defendant LENNY & LARRY'S, INC. ("Defendant"). Brittney N. Cato has ended her employment at the law firm of Hinshaw & Culbertson, LLP. Defendant remains represented by David M. Schultz. Permitting Ms. Cato to withdraw as counsel for Defendant will not jeopardize the case or otherwise negatively impact Defendant's legal representation in this case or result in any delay or cause prejudice to any other party.

WHEREFORE, Brittney N. Cato respectfully requests that she be granted leave to withdraw her appearance on behalf of Defendant.

Respectfully submitted,

*s/ Brittney N. Cato*
Brittney N. Cato
Novack and Macey LLP
100 North Riverside Plaza
Chicago, IL 60606-1520
312-419-6900

302025794v1 0997451

2

## **CERTIFICATE OF SERVICE**

      I, an attorney, hereby certify that on June 11, 2018, I caused to be electronically filed the foregoing **MOTION FOR LEAVE TO WITHDRAW APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                 s/ *Brittney N. Cato*
                                                 Brittney N. Cato

302025794v1 0997451