**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LORI COWEN, ROCHELLE IBARROLA, and AVA ADAMES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENNY & LARRY'S, INC.,<br><br>Defendant. | Case No. 1:17-cv-01530<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Young B. Kim |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

Pursuant to Local Rule 83.17, Wexler Wallace LLP ("Wexler Wallace") hereby moves to withdraw the appearance of Richard L. Miller on behalf of the Plaintiffs and Putative Classes. Edward A. Wallace of Wexler Wallace will continue to act as Counsel for Plaintiffs and the Putative Classes.

Dated: July 30, 2018               By: /s/ Richard L. Miller

                                                        Edward A. Wallace
                                                        Richard L. Miller
                                                        WEXLER WALLACE LLP
                                                        55 West Monroe Street, Suite 3300
                                                        Chicago, IL  60603
                                                        Telephone: (312) 346-2222
                                                        Facsimile: (312) 346-0022
                                                        eaw@wexlerwallace.com
                                                        rlm@wexlerwallace.com

                                                        *Some of Counsel for Plaintiffs and the Putative Classes*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed using this Court's CM/ECF service, which will send notification of such filing to all counsel of record on this 30th day of July 2018.

/s/ Richard L. Miller
Richard L. Miller