# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Lori Cowen, et al.
                    Plaintiff,

v.                                        Case No.: 1:17−cv−01530
                                               Honorable Robert W. Gettleman

Lenny & Larry's, Inc.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 12, 2019:

      MINUTE entry before the Honorable Robert W. Gettleman: Motion hearing held on 3/12/2019. Joint motion for continuance of Final Approval Hearing on Class Action Settlement Agreement [104] is granted. Amended joint motion for preliminary approval of class action settlement to be filed by 4/2/2019, any additional objections to be filed by 4/23/2019. Fairness hearing set for 3/19/2019 is stricken and reset to 5/2/2019 at 1:30 p.m. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.