# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LORI COWEN, et al., | Case No. 1:17-CV-01530 |
| Plaintiff, | Judge Robert W. Gettleman |
| vs. | Magistrate Young B. Kim |
| LENNY & LARRY'S, INC., | |
| Defendant. | |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on the **29th** day of **April 2019**, we caused to be filed with the United States District Court, Northern District of Illinois, Eastern Division, **Supplemental Declaration of Lindsey Marquez on Settlement Administration**, a copy of which is herewith served upon you.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

Todd P. Stelter
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
312/704-3966
312/704-3001 – facsimile
tstelter@hinshawlaw.com

s/ *Todd P. Stelter*
Todd P. Stelter

5824515v1 0839661

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LORI COWEN, et al., | Case No. 1:17-CV-01530 |
| Plaintiff, | Judge Robert W. Gettleman |
| vs. | Magistrate Young B. Kim |
| LENNY & LARRY'S, INC., | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

    I, Todd P. Stelter, an attorney, certify that I shall cause to be served a copy of **NOTICE OF FILING** upon the below listed individual(s), by deposit in the U.S. mail, postage prepaid, messenger delivery, Federal Express, facsimile transmitted from (312) 704-3001, or electronically via the Case Management/Electronic Case Filing System ("ECF") as indicated, on **April 29, 2019.**

| | |
|---|---|
| ☒ CM/ECF<br>☐ Facsimile<br>☐ Federal Express<br>☐ Regular U.S. Mail<br>☐ Messenger<br>☐ E-Mail | *To All Parties of Record* |

HINSHAW & CULBERTSON LLP

Todd P. Stelter
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
312/704-3966
312/704-3001 – facsimile
tstelter@hinshawlaw.com

s/ *Todd P. Stelter*
Todd P. Stelter

5824515v1 0839661