UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LORI COWEN et al.,<br><br>     Plaintiffs,<br>v.<br><br>LENNY & LARRY'S INC.,<br><br>     Defendant. | Case No. 1:17-cv-01530<br><br>Judge Robert W. Gettleman<br><br>Magistrate Young B. Kim |

**DECLARATION OF LINDSEY MARQUEZ ON SETTLEMENT ADMINISTRATION**

I, Lindsey Marquez, declare as follows:

1. My name is Lindsey Marquez. I am over the age of 21 and have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2. I am a Project Manager employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq"), the Settlement Administrator in the above-captioned case. I received my Master of Business Administration degree from Boise State University. I am familiar with the actions taken by Epiq with respect to the settlement administration in this case, as described below.

3. Epiq was established in 1968 as a client services and data processing company. Epiq has administered settlements since 1993, including settlements of class actions, mass tort litigation, and other major litigation. Epiq has administered more than 1,000 settlements, including some of the largest and most complex cases ever settled. Epiq's class action case administration services include, administering notice requirements, designing direct-mail notices, implementing notice fulfillment services, coordinating with the United States Postal Service ("USPS"), developing and maintaining notice websites and dedicated telephone numbers with recorded information and/or live operators, processing exclusion requests,

objections, claim forms and correspondence, maintaining class member databases, adjudicating claims, managing settlement funds, and calculating claim payments and distributions. Epiq works with the settling parties, the court, and the class members as a neutral facilitator to implement settlement administration services based on the negotiated terms of a settlement.

4. The facts in this declaration are based on what I personally know, as well as information provided to me in the ordinary course of my business by my colleagues at Epiq with knowledge of that information.

5. This declaration provides updated administration statistics regarding claims processing. Cameron R. Azari, Esq. previously filed with the Court his *Declaration of Cameron R. Azari, Esq. on Implementation of Notice Plan*, executed on April 2, 2019, which detailed Epiq's implementation of the Notice Plan.

*Case Website and Toll-free Telephone Number*

6. The informational settlement website (www.LLCookieSettlement.com), established and hosted by Epiq, continues to be available 24 hours per day, 7 days per week. As of April 24, 2019, there have been 178,278 unique visitors to the case website. Over 823,822 web pages have been presented to visitors.

7. Epiq updated the website on April 10, 2019 to include the Supplemental Notice, attached hereto as Exhibit 1, along with the Motion for Final Approval of the Settlement and other recently filed court documents.

8. The toll-free number (1-877-214-4234), set up and hosted by Epiq, continues to be available 24 hours per day, 7 days per week. As of April 24, 2019, the toll-free number has handled 133 calls for 366 minutes of use.

*Supplemental Notice*

9. On April 11, 2019, Epiq emailed a Supplemental Notice to the 66,615 claimants whose claims were deemed complete. The Supplemental Notice notified the claimants regarding the request for attorneys' fees, costs and service awards submitted to the Court. As of April 24, 2019, two Supplemental Notices have been returned as undeliverable. The Supplemental Notice is included as **Exhibit 1**.

*Objections*

10. The deadline to object to the attorneys' request for fess, costs and service awards was April 23, 2019. Settlement Class members were instructed to send objections directly to the Court. As of April 24, 2019, Epiq has not received any objections.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 29, 2019, at Beaverton, Oregon.

/s/ Lindsey Marquez
Lindsey Marquez
Project Manager
Epiq Class Action & Claims Solutions, Inc.

("Epiq")

# EXHIBIT 1

| | |
|---|---|
| **From:** | mail@msgbsvc.com on behalf of Cowen v. Lenny & Larry's, Inc. <noreply@llcookiesettlement.com> |
| **Sent:** | Wednesday, April 10, 2019 3:35 PM |
| **To:** | |
| **Subject:** | HTML Sample -- Notice of Class Action Settlement - Cowen v. Lenny & Larry's, Inc. |

**CAUTION:** This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**If you bought Lenny & Larry's The Complete Cookie or other Lenny & Larry's Baked Goods Products, and made a claim for money or products from the class action settlement, take notice that your class counsel is seeking its fees**

If you purchased one or more of Lenny & Larry's The Complete Cookie or other Lenny & Larry's Baked Goods Products, and made a claim for money or products as a part of the class action settlement, please take notice that your class counsel is seeking payment of attorneys' fees as compensation for their effort in this litigation.

You are receiving this notice because you made a claim for money or products as a part of the settlement of the lawsuit, known as *Lori Cowen et al. v. Lenny & Larry's, Inc.*, Case No. 1:17-cv-01530, currently pending in the United States District Court for the Northern District of Illinois, Eastern Division, that asserts claims against Lenny & Larry's, Inc. (converted to and now known as Lenny and Larry's, LLC) ("Lenny & Larry's") related to the advertising, packaging, and labeling of its products. The claim period for money and products is now over, but your counsel is planning to seek attorneys' fees as compensation for their representation of you in the lawsuit.

Class counsel is seeking a total of $410,101.38. This amount is not assessed against you as a class member, and if your counsel is awarded this amount, you will not have to contribute to any part of it.

Your counsel will file its motion for attorneys' fees in the above captioned case by April 2, 2019. The documents filed in support of your counsel's fee request will be made available on the Settlement website for your review. If you wish to object to your counsel's fee request, you must file your objections with the Court no later than April 23, 2019.

Please also take notice that the parties have agreed to amend the Settlement. The amendment will modify the Settlement in part by increasing the amount of cash available to pay valid claims and increase the value of the cash and product distribution for some class members. The full amendment to the Settlement will be made available on the Settlement website for your review.

**DO <u>NOT</u> CALL OR EMAIL LENNY & LARRY'S OR THE COURT DIRECTLY ABOUT THE SETTLEMENT.**

*Please note: This e-mail message was sent from a notification-only address that cannot accept incoming e-mail. Please do not reply to this message.*

If you would prefer not to receive further messages from this sender, please Click Here and confirm your request.