**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LORI COWEN et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 1:17-cv-01530 |
| v. | ) | |
| | ) | Judge Robert W. Gettleman |
| LENNY & LARRY'S, INC., | ) | |
| | ) | Magistrate Young B. Kim |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

## <u>ORDER</u>

**WHEREAS**, on October 24, 2018, the parties entered into the Settlement Agreement to resolve the claims in asserted in *Cowen et al., v. Lenny & Larry's, Inc.*, No. 1:17-cv-01530 (N.D. Ill.).

**WHEREAS**, on April 2, 2019, the parties entered into the Amended Settlement Agreement, which created in relevant part a claims-made fund in the amount of $889,867.17 from which to pay valid cash claims.

**WHEREAS**, on May 2, 2019, this Court issued final approval to the Amended Settlement Agreement.

**WHEREAS**, the claims administrator issued 59,461 checks worth $888,242.30 to cash claimants.

**WHEREAS**, as of January 28, 2020, claimants had cashed 51,842 checks worth $775,209.14

**WHEREAS**, as of January 28, 2020, the claims administrator voided all expired outstanding checks, resulting in $113,033.16 in remaining settlement funds.

1

**WHEREAS,** pursuant to Section 2.6 of the Amended Settlement Agreement, the parties submitted a stipulation to donate the remaining settlement funds to No Kid Hungry, a 501(c)(3) non-profit organization dedicated to ending childhood hunger, located at 1030 15th Street, NW, Suite 1100 W Washington DC, 20005; and

**WHEREAS,** the Court has considered the proposed donation in comparison to the administrative costs of re-issuing checks to 51,842 claimants, the negligible benefit to each claimant of a secondary distribution, and the inherent certainty that many if not most of the secondary checks would go uncashed.

IT IS HEREBY ORDERED THAT:

The parties' proposed donation to No Kid Hungry is approved. The claims administrator shall pay the remaining amount of $113,033.16, less any administrative charge not to exceed $300, to No Kid Hungry within 14 days of this order.

**IT IS SO ORDERED.**

Dated: February 25, 2020

_____
Honorable Robert W. Gettleman